UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARTHA BANKS,

                        Plaintiff,

        -against-                            06 Civ. 1428 (KMK) (GAY)
                                                      ORDER ADOPTING REPORT
MICHAEL J. ASTRUE,                        AND RECOMMENDATION RE
Commissioner of Social Security,             PAYMENT OF EAJA FEES

                       Defendant,
----------------------------------------------------------X

KENNETH M. KARAS, District Judge:

       Plaintiff Martha Banks brought this case pursuant to 42 U.S.C § 405(g), challenging the decision by the Commissioner of Social security (the "Commissioner") to deny plaintiff's application for disability insurance benefits. By Order dated August 13, 2009 [hereinafter "Order"], the undersigned granted plaintiff's motion for judgment on the pleadings to the extent that it remanded the matter to the Commissioner for further proceedings.

       WHEREAS a Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (d) was filed and United States Magistrate Judge Hon. George A. Yanthis issued a Report and Recommendation granting in part the motion for a total of attorney fees in the amount of $9,226.30. Neither party having filed objections to Magistrate Judge Yanthis' Report & Recommendation.

       Accordingly, it is hereby

       ORDERED, that the Report and Recommendation dated October 23, 2009 is ADOPTED in its entirety;

       IT IS FURTHER ORDERED that defendant shall pay plaintiff's counsel Gary J. Gogerty, Esq. the sum of Nine Thousand Two Hundred Twenty Six and 30/100 Dollars ($9,226.30) in full satisfaction of any and all claim for attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. 2412 (d).

Dated: ~~December 1, 2009~~
      February 2012

SO ORDERED:

_____
Hon. Kenneth M. Karas
U.S. District Judge